The document below is hereby signed.

Signed: November 03, 2009.



```
_____
S. Martin Teel, Jr.
United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| STEPHEN THOMAS YELVERTON, | ) | Case No. 09-00414 |
| | ) | (Chapter 11) |
| Debtor. | ) | **Not for Publication in** |
| | ) | **West's Bankruptcy Reporter** |

<u>MEMORANDUM DECISION RE DEBTOR'S MOTION FOR ENTRY OF NEW JUDGMENT</u>

The debtor's Motion for Entry of New Judgment (Dkt. No. 118) does not advance any ground for revising the court's conclusion that Wade H. Atkinson, Jr. did not violate the automatic stay, and thus advances no reason for revising the court's order (Dkt. No. 108) denying the debtor's earlier Motion for Civil and Criminal Sanctions Against Wade H. Atkinson for Willful Violation of the Automatic Stay.  Instead, the debtor's Motion for Entry of New Judgment argues that, even if the automatic stay does not apply, injunctive relief is appropriate.  Pursuant to Fed. R. Bankr. P. 7001, an injunction must be sought by way of an adversary proceeding.

An order follows denying the debtor's motion.

[Signed and dated above.]

Copies to:

Debtor; Office of United States Trustee; Robert M. Marino, Esq.