The document below is hereby signed.

Signed: May 21, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
STEPHEN THOMAS YELVERTON,          )   Case No. 09-00414
                                   )   (Chapter 11)
          Debtor.                  )

MEMORANDUM DECISION AND ORDER RE OBJECTION
TO THE PROOF OF CLAIM OF WADE H. ATKINSON, JR.

On May 14, 2009, the debtor commenced the above-captioned case under chapter 11 of the Bankruptcy Code.  Thereafter, Wade H. Atkinson, Jr., filed a proof of claim in the amount of $528,434.94, stemming from a promissory note dated November 1, 2007.  The debtor timely objected to the proof of claim.  At hearings on the objection on February 24, 2010, and March 24, 2010, I allowed the claim, as unsecured, in the principal amount of $313,900, leaving open the issue of the amount of interest allowed on the claim and directing the debtor to submit a calculation of interest.  On April 5, 2010, the debtor submitted the following calculations of interest owed on the principal of the claim:

- $9,750 interest on $50,000, advanced on or about

        October 1, 2007, at 1% interest per month for 19 and one-half months;

- $500 interest on $100,000, advanced on or about November 1, 2007, at 1% interest per month for one-half a month;

- $27,750 interest on $150,000, advanced on or about November 1, 2007, at 1% interest per month for 18 and one-half months;

- $16,500 interest on $100,000, advanced on or about January 1, 2008, at 1% interest per month for 16 and one-half months; and

- $1,877 interest on $13,900, advanced on or about April 1, 2008, at 1% interest per month for 13 and one-half months.

Taking the sum of these amounts, the total interest due on the principal of the claim is $56,377, an amount which Atkinson agrees is accurate.  In the document on which the debtor submitted his calculations, however, the debtor instead listed the total interest due as $28,189, stating that this number is appropriate because "the Debtor will seek a Discharge of one-half of the total interest due."  While the debtor is entitled to seek to discharge half of the interest claim through his plan, he will not be entitled to a discharge until he completes the plan. § 1141(d)(5).  Accordingly, decreasing the interest claim by half

at this time is premature.  It is thus

    ORDERED that the proof of claim of Wade H. Atkinson is allowed as an unsecured claim in the amount of $370,277, representing $313,900 in principal and $56,377 in interest.

                                                    [Signed and dated above.]

Copies to: Debtor; Wade H. Atkinson, Jr.; Office of the United States Trustee.