**The document below is hereby signed.**

**Dated: December 1, 2011.**



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
              UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
STEPHEN THOMAS YELVERTON,      )   Case No. 09-00414
                               )   (Chapter 7)
           Debtor.             )   Not for publication in
                               )   West's Bankruptcy Reporter.
```

MEMORANDUM DECISION RE DEBTOR'S
AMENDED MOTION TO INTERVENE IN CASE

On the basis of a nondischargeable claim against him, the debtor has filed an amended motion to intervene in this bankruptcy case. If he has standing to be heard in some proceeding in this bankruptcy case, he can appear and be heard in such a proceeding. There is no need for an order permitting him to intervene in the case: his right to be heard can be adjudicated when he enters an appearance as to a specific contested matter or adversary proceeding. There may be proceedings as to which he lacks standing. A general order saying that he is allowed to intervene in the bankruptcy case could be read as allowing him to be heard even when he lacks standing. An order follows dismissing the debtor's amended motion to intervene in the bankruptcy case without prejudice to

his right to appear and be heard on any contested matter or adversary proceeding as to which he has standing to be heard.

[Signed and dated above.]

Copies to: Debtor; Office of the United States Trustee; Chapter 7 Trustee.