**The document below is hereby signed.**

**Dated: October 25, 2012.**



_____
**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA


   In re                        )
                                )
   STEPHEN THOMAS YELVERTON,     )    Case No. 09-00414
                                )    (Chapter 7)
                 Debtor.        )    Not for Publication in
                                )    West's Bankruptcy Reporter


        MEMORANDUM DECISION AND ORDER STRIKING DEBTOR'S DEMAND
          FOR JURY TRIAL ON TRUSTEE'S OBJECTION TO EXEMPTIONS
```

In bankruptcy cases, "many incidental questions arise in the
course of administrating the bankrupt estate, which would
ordinarily be pure cases at law, and in respect of their facts
triable by jury, but, as belonging to the bankruptcy proceedings,
they become cases over which the bankruptcy court, which acts as
a court of equity, exercises exclusive control." *Muratore v.
Darr*, 375 F.3d 140, 143 (1st Cir. 2004) (quoting *Barton v.
Barbour*, 104 U.S. 126, 134, 26 L. Ed. 672 (1881)).  By the
debtor's filing a bankruptcy petition and filing a claim of
exemptions, the issue of exemptions became an equitable issue
triable by the court without a jury.  See *Langenkamp v. Culp*, 498
U.S. 42, 111 S. Ct. 330, 112 L. Ed.2d 343 (1990) (filing a claim
against the estate triggers the process of allowance and

disallowance of claims and thus subjects the claimant to the

bankruptcy court's equitable power); *Katchen v. Landy*, 382 U.S.

323, 86 S. Ct. 467, 15 L. Ed.2d 391 (1966) (same); *Murphy v.*

*Felice (In re Felice)*, 2012 WL 4757791 at *25-26 (Bankr. D. Mass.

Oct. 5, 2012).  It is thus

    ORDERED that the debtor's Demand for a Jury Trial (Dkt. No.

549) is STRICKEN.

                               [Signed and dated above.]

Copies to: Debtor; Recipients of e-notification of filings.

H:\Common\TeelBK\LEO\OPINIONS\Yelverton\Mem Dec and Order Denying Request for Jury Trial_Yelverton.wpd