The order below is hereby signed.

Signed: January 29 2013



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
          UNITED STATES BANKRUPTCY COURT
           FOR THE DISTRICT OF COLUMBIA
```

In re                              )
                                   )
STEPHEN THOMAS YELVERTON,           )    Case No. 09-00414
                                   )    (Chapter 7)
            Debtor.                )

ORDER RE CROSS MOTIONS FOR SUMMARY
JUDGMENT REGARDING OBJECTION TO EXEMPTIONS

Pursuant to a memorandum decision of this date, addressing the trustee's objection to the claims of exemption filed by the debtor, Stephen Thomas Yelverton, and a memorandum decision of this date addressing Yelverton's three motions for leave to file supplemental filings, it is

ORDERED that the trustee's motion for summary judgment (Dkt. No. 558) is granted in part and denied in part as follows:

1. Yelverton's claims of exemption under 11 U.S.C. § 522(b)(3) are disallowed;

2. Yelverton's claims of exemption pursuant to 11 U.S.C. § 522(d)(11)(E) are disallowed without prejudice.

3. Yelverton's claims of exemption pursuant to 11 U.S.C. § 522(d)(5) are disallowed to the extent that the

claimed exemption exceeds $11,200, and the trustee's motion for summary judgment is denied with respect to the exemption of $11,200 under 11 U.S.C. § 522(d)(5).

It is further

ORDERED that Yelverton's motion for summary judgment (Dkt. No. 556) is granted in part and denied in part as follows:

1. Yelverton is allowed an exemption of $11,200 in the proceeds of the global settlement under 11 U.S.C. § 522(d)(5).

2. The remainder of Yelverton's motion for summary judgment is denied.

It is further

ORDERED that this is a final order disposing of the trustee's objection to exemptions.  It is further

ORDERED that if Yelverton elects to file an amended claim of exemption under 11 U.S.C. § 522(d)(11)(E) to state the value of his claimed exemptions under that provision, he shall do so promptly so as not to prejudice the administration of the case.

[Signed and dated above.]

Copies to: Debtor; Recipients of e-notification of orders.