UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 05 2013
Clerk, U.S. District and
Bankruptcy Courts

Re: Stephen Thomas Yelverton            )
                                        )
        Debtor                          )    Bankruptcy Case No. 09-00414
                                        )
                                        )    Chapter 7
                                        )

## DEBTOR'S NOTICE OF APPEAL

COMES NOW, Debtor Stephen Thomas Yelverton, pursuant to 28 U.S.C. 158 (a)(1) and Fed. R. Bankr. P., Rule 8001 (a), and hereby timely Appeals the decisions and orders in <u>Memorandum Decision Re Cross Motions for Summary Judgment</u>, entered January 30, 2013; <u>Order Re Cross Motions for Summary Judgment Regarding Objection to Exemptions</u>, entered January 30, 2013; <u>Memorandum Decision and Order Re Debtor's Motions for Leave to Submit Supplemental Filings</u>, entered January 30, 2013; and <u>Memorandum Decision and Order Denying Motion to Alter or Amend Decision</u>, entered February 19, 2013.

A copy of the decisions and orders are attached hereto.

A Motion for In Forma Pauperis Waiver of the Filing Fee is also concurrently filed on this date.

This the 5$^h$ day of March, 2013.

Respectfully submitted,

*/s/ Stephen Thomas Yelverton*

Stephen Thomas Yelverton, Pro Se,
D.C. Bar No. 264044,
601 Pennsylvania Ave, N.W., Suite 900 South,
Washington, D.C. 20004,
Tel. 202-702-6708,
Fax 202-403-3801
styelverton@yelvertonlaw.com

1

The names of all other parties and their counsel are:

    Wendell W. Webster, Esq., Chapter 7 Trustee
    Linda M. Correia, Esq.
    Natalie S. Walker, Esq.
    Webster, Frederickson
    1775 K St., NW, Suite 600
    Washington, DC 20006

    Joseph A. Guzinski, Esq., Office of U.S. Trustee
    115 South Union St., Suite 210
    Alexandria, VA 22314

    Alexandra Senyi de Nagy-Unyom, Pro Se, Creditor
    1260 21st St., N.W., Apt. 901
    Washington, DC 20036

    Richard J. Rodgers, Esq.
    Cohn, Goldberg & Deutsch, LLC
    600 Baltimore Ave., Suite 208
    Towson, MD 21204
    Counsel for Creditor Sedghi Investment Properties, LLP

    Michael L. Murphey, Esq.
    1320 Nineteenth St., N.W., Suite 202
    Washington, DC 20036
    Counsel for Creditor Melody H. Fennel

    Wade H. Atkinson, Jr., Pro Se, Discharged Creditor
    4530 Connecticut Ave., N.W., Apt. 404
    Washington, DC  20008-4313