The order below is hereby signed.

Signed: March 29 2013



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
STEPHEN THOMAS YELVERTON,          )    Case No. 09-00414
                                   )    (Chapter 7)
        Debtor.                    )

ORDER DENYING DEBTOR'S MOTION FOR
LEAVE TO SUBMIT NOTICE TO THE CHAPTER 7 TRUSTEE
RE: PROPOSED SALE OF PROPERTY UNDER 11 U.S.C 363

The debtor, Yelverton, has filed a bizarre motion titled *Motion for Leave to Submit Notice to the Chapter 7 Trustee Re: Proposed Sale of Property under 11 U.S.C 363*. If the chapter 7 trustee proceeds to attempt to sell any property, Yelverton can object to the trustee's motion to sell the property. That will be soon enough for Yelverton to raise any concerns he has about such a sale.

Moreover, Yelverton's motion appears to be directed to a settlement approved by this court (as though a sale will be a step in effectuating the settlement). Under the settlement, the trustee settled certain litigation claims and agreed to transfer ownership of certain shares of Yelverton Farms, Ltd. to Yelverton's siblings. Yelverton has taken an appeal regarding

the approval of that settlement, and he can raise in that appeal any error he believes that this court committed in approving the settlement.  Unless and until the order approving the settlement is set aside, the settlement is effective, a transfer of ownership of the shares is required pursuant to the settlement, and the litigation claims stand released.  No sale is required to accomplish that.

    For all of these reasons, it is

    ORDERED that the *Motion for Leave to Submit Notice to the Chapter 7 Trustee Re: Proposed Sale of Property under 11 U.S.C 363* is DENIED.

                                          [Signed and dated above.]

Copies to: Debtor; recipients of e-notification of filings.