The document below is hereby signed.

Signed: September 16, 2013



_S. Martin Teel, Jr._
_United States Bankruptcy Judge_

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| STEPHEN THOMAS YELVERTON, | ) | Case No. 09-00414 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION RE MOTION FOR
RULE 37 SANCTIONS AGAINST CHAPTER 7 TRUSTEE

The debtor's *Motion for Rule 37 Sanctions Against Chapter 7 Trustee* seeks to deny the trustee any award for his time and expenses in pursuing his *Motion for Protective Order*. He contends that the *Motion for Protective Order* was baseless and did not confer a benefit on the estate. It is unnecessary to adjudicate those contentions at this juncture. Unless the trustee's attorneys seek an award of attorney's fees for pursuing the *Motion for Protective Order*, the issue of whether such fees should be awarded will not arise. Similarly, the amount of any trustee compensation in the case ought to await the filing of an application for trustee compensation.

Moreover, Rule 37 does not apply, as it deals with motions to compel discovery, not motions for a protective order against

the use of discovery.

An order follows denying the *Motion for Rule 37 Sanctions Against Chapter 7 Trustee* without prejudice to the debtor's pursuing an objection to any application for attorney's fees or for trustee compensation.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification of filings.