The document below is hereby signed.

Signed: September 22, 2015



*S. Martin Teel, Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                )
                                     )
STEPHEN THOMAS YELVERTON,            )   Case No. 09-00414
                                     )   (Chapter 7)
         Debtor.                     )   Not for publication in
                                     )   West's Bankruptcy Reporter.

MEMORANDUM DECISION AND
ORDER DENYING MOTION FOR RECONSIDERATION PER FRBP RULE
9014(c) AND FRCP RULE 54(b) FOR JUDICIAL NOTICE OF COMMON LAW
EQUITABLE LIEN IN FAVOR OF ALEXANDRA NICOLE SENYI de NAGY-UNYOM

The grounds asserted by the debtor Yelverton for seeking reconsideration are without merit.  Under *McGuirl v. White*, 86 F.3d 1232 (D.C. Cir. 1996), cited by Yelverton in seeking reconsideration, a debtor may have standing to object to any proposed distributions from the estate, in order to attempt to maximize estate proceeds available to distribute to creditors, if some of them hold nondischargeable claims.  That type of objection, if successful, results in *more* estate proceeds to distribute to the creditor body.  In contrast, Yelverton is seeking here to assert a claim of another person that is adverse to the estate, a claim that, if successful, would result in *less*

estate proceeds for the trustee to distribute to the creditor body.  *McGuirl* does not hold that standing applies in that circumstance.  "Yelverton may not assert a claim that belongs to Senyi even though the matter may affect him."  *In re Yelverton*, 2014 WL 36585, at *2 (Bankr. D.D.C. Jan. 6, 2014) (citation omitted).  Specifically, Yelverton lacks standing to assert any claim of his wife that she has an equitable lien on proceeds of shares of stock in Yelverton Farms, Ltd.  *Id.*  It is

ORDERED that the debtor's *Motion for Reconsideration per FRBP Rule 9014(c) and FRCP Rule 54(b) for Judicial Notice of Common Law Equitable Lien in Favor of Alexandra Nicole Senyi de Nagy-Unyom* (Dkt. No. 917) is DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification of filings.

R:\Common\TeelSW\Judge Teel Docs\Yelverton - Order Denying Reconsideration of Mem Decision Dismiss Mtn to Take J&cl N of Senyi Equble Lien on Y Farm Shares.wpd

2